UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GUTIERREZ,<br><br>               Petitioner,<br><br>                 v.<br><br>MARTIN GAMBOA, Warden,<br><br>               Respondent. | Case No. 2:23-10737 MRA (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Motion to Dismiss the Petition (Dkt. No. 9), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 12), and all the records and files herein.  Petitioner did not file an opposition to the Motion to Dismiss.  No objections to the Report and Recommendation were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 12);

2. The Motion to Dismiss is granted (Dkt. No. 9);

3. The Petition is denied and this action is dismissed with prejudice (Dkt. No. 1);

4. The Certificate of Appealability is denied; and

5. Judgment is to be entered accordingly.

DATED: November 27, 2024

THE HONORABLE MONICA RAMÍREZ ALMADANI
United States District Judge