JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ADRIAN GUTIERREZ, | Case No. 2:23-10737 MRA (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN GAMBOA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: November 27, 2024

THE HONORABLE MONICA RAMÍREZ ALMADANI
United States District Judge